# United States Bankruptcy Court
## Middle District of Florida

In re    **Bahia-Mar, LLC** _____

Debtor(s)

Case No. _____
Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Cay Holdings, Inc.<br>6654 78th Ave. No.<br>Pinellas Park, FL 33781 | Cay Holdings, Inc.<br>6654 78th Ave. No.<br>Pinellas Park, FL 33781 | Unit A (a/k/a Unit 101) and Unit D (a/k/a Unit 104) of Bahia Bar at Treasure Island Condominium, a Condominium, according to the Declaration of Condom | | 2,093,712.59 (1,700,000.00 secured) (1,270,847.70 senior lien) |
| Corkey, Wendie W.<br>c/o Murray Silverstein, Esq.<br>Shutts & Bowen<br>100 S. Ashley St., Ste. 1500<br>Tampa, FL 33602 | Corkey, Wendie W.<br>c/o Murray Silverstein, Esq.<br>Shutts & Bowen<br>Tampa, FL 33602 | Loan to former member of Debtor | Disputed | 324,280.00 |
| Dawkins, John W.<br>c/o Murray Silverstein, Esq.<br>Shutts & Bowen<br>100 S. Ashley St., Ste. 1500<br>Tampa, FL 33602 | Dawkins, John W.<br>c/o Murray Silverstein, Esq.<br>Shutts & Bowen<br>Tampa, FL 33602 | Loan to former member of Debtor | Disputed | 324,280.00 |
| Stephens, Sherry W.<br>c/o Murray Silverstein, Esq.<br>Shutts & Bowen<br>100 S. Ashley St.<br>Tampa, FL 33602 | Stephens, Sherry W.<br>c/o Murray Silverstein, Esq.<br>Shutts & Bowen<br>Tampa, FL 33602 | Loan to former member of Debtor | Disputed | 324,280.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

In re    **Bahia-Mar, LLC**                                          Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 30, 2011**                        Signature    **/s/ Carlos Yepes**
                                                             **Carlos Yepes**
                                                             **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.